UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUZLE JACQUES, | ) NO. CV 16-3599-GW (KS) |
|     Plaintiff, | ) |
| v. | ) JUDGMENT |
| McDONALD, et al, | ) |
|     Defendants. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 11/22/2017

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1